**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EMPIRE AUTO PROTECT, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY H. KASS, | ) | Case No: |
| | ) | |
| DICKINSON WRIGHT PLLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

**ATTACHMENT TO DEFENDANTS' DISCLOSURE STATEMENT**

Counsel of record for Defendants Jeffrey H. Kass ("Kass") and Dickinson Wright PLLC ("Dickinson Wright") (collectively "Defendants") submits this attachment to Defendant Dickinson Wright's Corporate Disclosure Statement and discloses the names and citizenship of the individuals and entities whose citizenship is attributed to Dickinson Wright for purposes of diversity jurisdiction under 28 U.S.C § 1332(a), including members and sub-members of Dickinson Wright.

**Members of Defendant Dickinson Wright:**

- David Bray, citizen of the state of Arizona;

- Marlene Brumm, citizen of the state of Arizona;

- Bradley Burns, citizen of the state of Arizona;

- Spencer Cashdan, citizen of the state of Arizona;

- Scot Claus, citizen of the state of Arizona;

- Dan Goldfine, citizen of the state of Arizona;

- Joshua Grabel, citizen of the state of Arizona;

1

- Scott Holcomb, citizen of the state of Arizona;
- Carolyn Johnsen, citizen of the state of Arizona;
- Allen Moss, citizen of the state of Arizona;
- Leonce Richard, citizen of the state of Arizona;
- Stephen Richman, citizen of the state of Arizona;
- Mark Ryerson, citizen of the state of Arizona;
- Timothy Strong, citizen of the state of Arizona;
- Steven Wolfson, citizen of the state of Arizona;
- Jeffrey Kass, citizen of the state of Colorado;
- Frank Long, citizen of the state of Colorado;
- James Rigberg, citizen of the state of Colorado;
- Charles Spies, citizen of the state of District of Columbia;
- Stanislav Torgovitsky, citizen of the state of District of Columbia;
- Clint Gage, citizen of the state of Florida;
- William Honaker, citizen of the state of Florida;
- Monica Labe, citizen of the state of Florida;
- Joel Mayersohn, citizen of the state of Florida;
- Alan Perlman, citizen of the state of Florida;
- Jon Cohen, citizen of the state of Illinois;
- Trent Cornell, citizen of the state of Illinois;
- Ronald Damashek, citizen of the state of Illinois;
- Kevin Desharnais, citizen of the state of Illinois;
- Andrew Eres, citizen of the state of Illinois;
- Andrew Dorisio, citizen of the state of Kentucky;
- Jeffrey Gehring, citizen of the state of Kentucky;
- Brian Johnson, citizen of the state of Kentucky;
- David Owen, citizen of the state of Kentucky;

2

- Jacob Frenkel, citizen of the state of Maryland;

- Christian Michel, citizen of the state of Maryland;

- John Artz, citizen of the state of Michigan;

- Laura Bassett, citizen of the state of Michigan;

- Michael Beals, citizen of the state of Michigan;

- Andrew Boyce, citizen of the state of Michigan;

- William Burgess, citizen of the state of Michigan;

- Aaron Burrell, citizen of the state of Michigan;

- David Deromedi, citizen of the state of Michigan;

- John Dolan, citizen of the state of Michigan;

- Brian Fleetham, citizen of the state of Michigan;

- John Gonway, citizen of the state of Michigan;

- Deborah Grace, citizen of the state of Michigan;

- Kelvin Hamilton, citizen of the state of Michigan;

- Michael Hammer, citizen of the state of Michigan;

- Craig Hammond, citizen of the state of Michigan;

- Mark Heusel, citizen of the state of Michigan;

- Brandon Hubbard, citizen of the state of Michigan;

- Richard Jones, citizen of the state of Michigan;

- Scott Knapp, citizen of the state of Michigan;

- Peter Kulick, citizen of the state of Michigan;

- Leslee Lewis, citizen of the state of Michigan;

- Elizabeth Luckenbach, citizen of the state of Michigan;

- Michael Lusardi, citizen of the state of Michigan;

- Andrew Macleod, citizen of the state of Michigan;

- Christopher Maeso, citizen of the state of Michigan;

- James Martone, citizen of the state of Michigan;

3

- James Mauro, citizen of the state of Michigan;

- Scott McBain, citizen of the state of Michigan;

- Ryan Mitchell, citizen of the state of Michigan;

- Nolan Moody, citizen of the state of Michigan;

- Cynthia Moore, citizen of the state of Michigan;

- Mahesh Nayak, citizen of the state of Michigan;

- James Plemmons, citizen of the state of Michigan;

- Daniel Quick, citizen of the state of Michigan;

- Philip Rettig, citizen of the state of Michigan;

- Jordan Schreier, citizen of the state of Michigan;

- John Schuring, citizen of the state of Michigan;

- Colleen Shevnock, citizen of the state of Michigan;

- William Shield, citizen of the state of Michigan;

- Kimberly Slaven, citizen of the state of Michigan;

- Jared Smith, citizen of the state of Michigan;

- Kester So, citizen of the state of Michigan;

- Suzanne Sukkar, citizen of the state of Michigan;

- Roger Swets, citizen of the state of Michigan;

- Theodore Sylwestrzak, citizen of the state of Michigan;

- William Thacker, citizen of the state of Michigan;

- Dana Ulrich, citizen of the state of Michigan;

- Peter Webster, citizen of the state of Michigan;

- Mark Wilson, citizen of the state of Michigan;

- Rachel Wolock, citizen of the state of Michigan;

- Kathryn Wood, citizen of the state of Michigan;

- Jeffrey York, citizen of the state of Michigan;

- Katheryne Zelenock, citizen of the state of Michigan;

4

- L. P. Zinn, citizen of the state of Michigan;

- Cynthia Alexander, citizen of the state of Nevada;

- John Desmond, citizen of the state of Nevada;

- Michael Feder, citizen of the state of Nevada;

- Alexander Brown, citizen of the state of Ohio;

- Scot Crow, citizen of the state of Ohio;

- Terrence O'Donnell, citizen of the state of Ohio;

- Adam Schira, citizen of the state of Ohio;

- John Terakedis, citizen of the state of Ohio;

- James Cunningham, citizen of the state of Tennessee;

- Kevin Doherty, citizen of the state of Tennessee;

- Colin Ferguson, citizen of the state of Tennessee;

- Martin Holmes, citizen of the state of Tennessee;

- Peter Klett, citizen of the state of Tennessee;

- W. S. Scott, citizen of the state of Tennessee;

- Joan Skrzyniarz, citizen of the state of Tennessee;

- K. Anderson, citizen of the state of Texas;

- Ross Garsson, citizen of the state of Texas;

- Stephen Mason, citizen of the state of Texas;

- John Nelson, citizen of the state of Texas;

- Michael Noe, citizen of the state of Texas;

- Kathleen Walker, citizen of the state of Texas;

- Nicole Meyer, citizen of the state of Virginia;

- Jonathan Redway, citizen of the state of Virginia;

- Joseph Campos, citizen of the state of Washington;

- Robert Marconi, citizen of the state of Washington;

- Richard Skalbania, citizen of the state of Washington;

5

- Aaron Thomson, citizen of the state of Washington.