**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| EMPIRE AUTO PROTECT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-01787 |
| | ) | |
| JEFFREY H. KASS | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DICKINSON WRIGHT PLLC | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE REGARDING USE OF GENERATIVE ARTIFICIAL INTELLIGENCE

We, the undersigned attorneys for Defendants Jeffrey H. Kass and Dickinson Wright PLLC, hereby certify that we have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri.

We further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. We understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

1

Dated: December 16, 2025        Respectfully submitted,


**DOWD BENNETT LLP**

/s/ *James F. Bennett*
James F. Bennett             #46826 MO
Arin H. Smith               #72636 MO
jbennett@dowdbennett.com
asmith@dowdbennett.com
7676 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)


**ATTORNEYS FOR JEFFREY H. KASS AND
DICKINSON WRIGHT PLLC**

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 16, 2025, a true and correct copy

of the foregoing was filed electronically using the Court's CM/ECF system to be served on all

counsel of record:


Richard A. Voytas, Jr.
Jacob C. Mohrmann
Voytas Law, LLC
7321 S. Lindbergh Blvd., Suite 400
St. Louis, MO 63125
Phone: 314.380.3166
Email: rick@voytaslaw.com
jacob@voytaslaw.com


/s/ *James F. Bennett*